IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00876-CMA-MEH

NATHAN REHBEIN,

    Plaintiff,

v.

TENNECO, INC., a Delaware corporation, and
SPECIALIZED BICYCLE COMPONENTS, INC., a California corporation,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  Based on this Court's past professional relationship with counsel for Defendant Tenneco, Inc., I believe that I should recuse myself.  It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Court and that the case be reassigned by random draw.

DATED:  May __19__, 2009

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge