IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00876-PAB-MEH

NATHAN REHBEIN,

    Plaintiff

v.

TENNECO-MARZOCCHI, USA, a Delaware corporation and
SPECIALIZED BICYCLE COMPONENTS, INC., a California corporation

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2009.**

    Plaintiff's [Unopposed] Motion for Leave to Amend Complaint to substitute a proper party [filed July 22, 2009; docket #23] is **granted**. The Clerk of the Court is directed to file the Amended Complaint and Jury Demand found at docket #23-3. Defendants shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).