IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00876-PAB-MEH

NATHAN REHBEIN,

    Plaintiff,

v.

TENNECO-MARZOCCHI, USA, a Delaware corporation,
SPECIALIZED BICYCLE COMPONENTS, INC., a California corporation, and
TENNCO-MARZOCCHI, SRL, an Italian corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 11, 2009.**

    Pending before the Court is Plaintiff's Second [Unopposed] Motion for Leave to Amend Complaint [filed August 10, 2009; docket #30]. Plaintiff's motion is filed timely pursuant to the Scheduling Order in this matter; thus, the motion is governed by Fed. R. Civ. P. 15(a). In addition, the Plaintiff requests permissive joinder of an additional defendant in this matter; therefore, his request is governed by Fed. R. Civ. P. 20(a)(2), which states that "persons . . . may be joined in one action as defendants if . . . any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence or series of transactions or occurrences." In the interests of justice and because Plaintiff's proposed Second Amended Complaint asserts a right to relief against all Defendants arising out of the same occurrence, the motion is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint and Jury Demand found at docket #31. The Plaintiff shall serve the Second Amended Complaint and Jury Demand on the newly joined Defendant in accordance with Fed. R. Civ. P. 4.