IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00876-PAB-MEH

NATHAN REHBEIN,

      Plaintiff,

v.

TENNECO-MARZOCCHI, USA, a Delaware corporation,
SPECIALIZED BICYCLE COMPONENTS, INC., a California corporation, and
TENNCO-MARZOCCHI, SRL, an Italian corporation,

      Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT TENNECO-MARZOCCHI, USA**

_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With

prejudice of Defendant Tenneco-Marzocchi USA [Docket No. 59].  The Court has

reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this

matter against defendant Tenneco-Marzocchi USA are dismissed with prejudice, with

each party to bear its own attorneys' fees and costs.

DATED December 11, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge